IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER a/s/o CHRISTOPHER KAHANEC; MONTVALE HEALTH ASSOCIATES a/s/o CHRISTOPHER KAHANEC; and IN-BALANCE HEALTH LLC a/s/o CHRISTOPHER KAHANEC,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA INSURANCE COMPANY and ABC CORP. 1-10,<br><br>Defendants. | Civil Action No.: 2:12-cv-03676-SRC-MAS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Edward S. Wardell, Esquire, Matthew A. Baker, Esquire and Patrick J. Murphy, III, Esquire hereby enter an appearance as co-counsel on behalf of Defendant Aetna, and request that copies of all papers in this action be served upon the undersigned.

                                                CONNELLFOLEY LLP
                                                Liberty View
                                                457 Haddonfield Rd., Ste. 230
                                                Cherry Hill, New Jersey 08002
                                                (856) 317-7100
                                                *Attorneys for Defendant Aetna*

Dated: August 13, 2012                    By:  *s/Edward S. Wardell*
                                                    Edward S. Wardell, Esquire
                                                    Matthew A. Baker, Esquire
                                                    Patrick J. Murphy, III, Esquire