IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o C.K.; MONTVALE HEALTH ASSOCIATES a/s/o C.K.; and IN-BALANCE HEALTH a/s/o C.K., <br><br> Plaintiff, <br><br> v. <br><br> AETNA INSURANCE COMPANY, ABC CORP., 1-10, <br><br> Defendants. | CIVIL ACTION NO.: 2:12-cv-03676 |

## SUBSTITUTION OF ATTORNEY

**PLEASE BE ADVISED** that the undersigned hereby consents to the substitution of Edward S. Wardell, Esquire, Matthew A. Baker, Esquire and Patrick J. Murphy, III, Esquire, of the law firm of Connell Foley, LLP as the attorneys for Defendant Aetna in the above-referenced matter.

**CONNELL FOLEY, LLP**
Liberty View
457 Haddonfield Rd., Ste. 230
Cherry Hill, New Jersey 08002
(856) 317-7100

By: *s/Edward S. Wardell*
    Edward S. Wardell, Esquire
    *Superseding Attorney*

Dated: November 5, 2012

**CRAIG, ANNIN & BAXTER, LLP**
41 Grove Street
Haddonfield, New Jersey 08033
(856) 795-2220

By: _____
    Paul D. Kelly, Esquire
    *Withdrawing Attorney*

Dated: 11/5/12

2801280-01